# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS A. LOMBARDO, | : | Civil No.: 3:11-cv-2220 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CO. RYAN FLYNN, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 20th day of September, 2016, upon consideration of Plaintiff's second motion to compel discovery (Doc. 124), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 124) is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** with respect to Lombardo's requests for videotape footage, his medical reports and photographs from December 30, 2009 and November 22, 2011, prison policies, and incomplete responses to previous production requests and interrogatories. (Doc. 124, §§ I, II, III ¶¶ A-F, K, L). Defendants shall provide responses within fourteen (14) days of the date of this Order. In the event they have not already done so, Defendants shall provide Lombardo with responses to his previous requests for videotape footage and interrogatories within fourteen (14) days of the date of this Order.

3. The motion is **DENIED** with respect to Lombardo's requests for the names and addresses of other inmates housed in certain cell blocks. (Doc. 124, § III, ¶¶ G, H, I, J).

Robert D. Mariani
United States District Judge